# Exhibit A

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENEESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| **PAMELA MOSES** ) | |
| Appellant ) | Docket No. **#CT-002638-14** Div. **9** |
| ) | General Session **#1653779** Div. **2** |
| ) | |
| **VS.** ) | |
| ) | **JURY TRIAL DEMAND** |
| **Comcast, and Reginald Falkner** ) | |
| **Defendants** ) | |

## DECLARATION AFFIDAVIT OF MICHAEL RYAN WORKING

I, Michael Ryan Working, attest that I all of the statements are true and accurate to the best of my knowledge:

1. I Michael Working am a licensed attorney and practice in the Shelby County and Memphis area courts daily. {BPR #025118}

2. I Michael Working was present on Monday February 24th 2014 in Division 9 before the Honorable Judge Joyce Broffit approximately 10:00 am.

3. During this time, it was brought to my attention that 1 of my other clients Ms. Pamela Moses was being held in custody at the Shelby County Jail.

4. I saw sitting Pamela Moses in an orange jumpsuit, and she was on crutches and wearing a neck brace.

5. I became extremely concerned because I had seen her the week before and she was not in that condition and I wanted to know what happened to her.

6. I then learned from Attorney Christopher Martin that he had been appointed by

the General Session Criminal Court that same day to represent her on a new charge of Escape of Misdemeanor incarceration she had received on February 21st 2014 {see attachment}.

7. The Escape of Misdemeanor Incarceration charge stemmed from a Contempt of Court from Civil Court Division II before the Honorable Judge Phyllis Gardner.

8. I learned that Ms. Moses was the Plaintiff in a civil case against Comcast, in that case.

9. I was never specifically told from anyone including Attorney Christopher Martin what Mrs. Moses did to be held in "Contempt of Court".

10. I informed Attorney Martin that she could appeal that matter and bond should be set for her to be released because it was a civil case.

11. At that moment Attorney Martin then informed me that he would to the Civil General Sessions Filing counter and obtain a notice of appeal form to be filed immediately.

12. Mr. Martin informed me that he also tried to speak with the judge in regards to Ms. Moses to have her released but Judge Phyllis Gardner would not to talk to him, and took a sudden leave of absence for ten days.

13. Attorney Christopher Martin then brought the Appeal form back to Ms. Moses while in custody and had her fill the document the pertinent information and signed the appeal form in the courtroom in my presence.

14. Attorney Martin made a copy and gave it to me, and I gave it to Ms. Moses and told her to keep for her records.

15. Attorney Christopher Martin then took the form back to the Civil General

Sessions Filing counter and filed Ms. Moses notice of appeal on her behalf.

16. This was done timely on February 24th around 11:45 am.

17. I am prepared to testify to all of these facts stated above if needed.

### STATE OF TENNESSEE COUNTY OF SHELBY

I, undersigned and personally appeared before within the named stated upon oath that the statements contained in the foregoing declaration and affidavits are true and correct to the best of his knowledge, information and belief.

X _____
Michael Ryan Working

Who Subscribed and Sworn before me this 19th day of September, 2014

My Commission expires: Feb. 4, 2018

X _____
Notary Public                          Seal