# Exhibit B

# Tennessee Board of Court Reporting

Administrative Office of the Courts
Nashville City Center, Suite 600
511 Union Street
Nashville, TN 37219
615/741-2687
FAX 615/741-6285

## OFFICIAL COMPLAINT FORM

**Complainant Information**
Name: Pamela Moses , Title/Occupation community activist/muscian

Address: P. O. Box 80564   City Memphis   State TN   Zip 38108

Phone: 731-394-2126   Fax:   Email: liaison.jeaninemoses@gmail.com

**Court Reporter Information**
Name: Ruby Lindberg   License Court Reporter # not sure  121

Address: 22 North Second Street   City Memphis   State TN   Zip 38103

Phone: 901-527-1100   Fax: 901-529-1257   Email: riverside@riversidereporting.com

Is there any action pending regarding the complaint? If yes, please explain.
   Yes x   No

Would you be willing to testify in an Administrative Proceeding held before the Board?
   Yes x   No

**Complaint**
Please attach a separate detailed statement of the facts upon which your complaint is based, including date of service and any attempts to resolve the matter.

I solemnly swear or affirm that the statements made herein and on any attachments hereto are accurate, complete, and true to the best of my knowledge and belief.

(pm) _____ 6-4-2014
Signature of Person Filing Complaint / Date

Pamela Moses
Printed

RECEIVED
JUN -9 2014
AOC
DIRECTOR'S OFFICE