Exhibit
C

Tennessee Board of Court Reporting

Administrative Office of the Courts
Nashville City Center, Suite 600
511 Union Street
Nashville, Tennessee 37219
615 / 741-2687 FAX 615 / 741-6285

JIMMIE JANE MCCONNELL
Chair

Hon. James Martin III
Vice Chair

June 26, 2014

**U.S. MAIL CERTIFIED**
Ruby Lindberg
22 N. 2nd St. # 303
Memphis, TN 38103

Re: Complaint # 2014-01

Dear Ms. Lindberg:

This correspondence serves to inform you of a complaint received against you. The complainant is Pamela Moses. Please find a copy of the complaint and attachments enclosed.

The Board's Disciplinary Counsel, Attorney Lynn C. Peterson will review the complaint and your answer before making a recommendation to the Board on whether further investigation or disciplinary action is warranted. If you wish to respond you must do so in writing within fifteen (15) days of receipt of this correspondence. Please send your answer to:

Lynn C. Peterson
Lewis, Thomason, King, Krieg & Waldrop, PC
One Centre Square, Fifth Floor
620 Market Street
Knoxville, TN 37902

Please review Chapter 0455-01-05 Disciplinary Enforcement of the rules and regulations adopted by the board. You may find the rules on the court reporters webpage at www.tncourts.gov.

Sincerely,

D. Hayes

Debbie Hayes
TBCR Staff Assistant

Cc: Pamela Moses
Lynn C. Peterson, Esq.

IN THE CHANCERY COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT OF MEMPHIS

Pamela Moses
PLAINTIFF(S)

VS.

DOCKET NO: CH-14-1316-3

Shelby County Sheriff et Al
DEFENDANT(S)

ENTERED
SEP 04 2014
M.B. ______

ORDER OF RECUSAL

IT DULY APPEARING to the court that sufficient conflict exists between the Two Chancellors, the parties involved and /or the attorneys for the parties wherein it is appropriate that the Chancellors rescue themselves in this case. The Chancellors agree that this case should be transferred to another court with appropriate jurisdiction.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Chancellors Walter L. Evans, and Chancellor Jim Kyle shall and hereby do rescue themselves from hearing this case.

Walter L. Evans
Chancellor Walter L. Evans

[signature]
Chancellor Jim Kyle

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via regular first class U.S. Mail, postage prepaid, this 4th day of Sept, 2014 on the following

Brenda Stallings
Deputy Clerk