# Exhibit D

IN THE CHANCERY COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT OF MEMPHIS

Pamela Moses
PLAINTIFF(S)

VS.

Shelby County Sheriff et al
DEFENDANT(S)

DOCKET NO: CH-14-1316-3

**ENTERED SEP 0 4 2014 M.B.**

## ORDER OF RECUSAL

IT DULY APPEARING to the court that sufficient conflict exists between the Two Chancellors, the parties involved and/or the attorneys for the parties wherein it is appropriate that the Chancellors rescue themselves in this case. The Chancellors agree that this case should be transferred to another court with appropriate jurisdiction.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Chancellors Walter L. Evans, and Chancellor Jim Kyle shall and hereby do rescue themselves from hearing this case.

_Walter L. Evans_
Chancellor Walter L. Evans

_[signature]_
Chancellor Jim Kyle

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via regular first class U.S. Mail, postage prepaid, this 4Th day of Sept, 2014 on the following

_Brenda Stallings_
Deputy Clerk