

GENERAL SESSIONS
COURT CLERK

2014 OCT 10 P 12: 24

LR16.2 TR4

## U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:14-cv-02714-SHL-dkv
## Internal Use Only

Gardner v. Moses
Assigned to: Judge Sheryl H. Lipman
Referred to: Magistrate Judge Diane K. Vescovo
Cause: 28:1441 Petition for Removal

Date Filed: 09/15/2014
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Petitioner**

**Phylliss Gardner**
*Judge*

V.

**Respondent**

**Pamela J. Moses**        represented by  **Pamela J. Moses**
P.O. Box 80564
Memphis, TN 38108
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2014 | 1 | NOTICE OF REMOVAL by Pamela J. Moses from General Session Criminal Court of Tennessee, case number 14636228 / 14636225., filed by Pamela J. Moses. (Attachments: # 1 Temporary Order of Protection/Hearing, # 2 Civil Cover Sheet, # 3 Judicial Cards)(csf) (Entered: 09/16/2014) |
| 09/15/2014 | 2 | Pro Se MOTION for Leave to Proceed in forma pauperis by Pamela J. Moses. (csf) (Entered: 09/16/2014) |
| 09/15/2014 | 3 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (csf) (Entered: 09/16/2014) |
| 09/17/2014 | | CLERK'S REFERRAL TO MAGISTRATE JUDGE. Clerk's review of preliminary matters completed. (csf) (Entered: 09/17/2014) |