Exhibit X

# FORMAL COMPLAINT

On 2-19-2014, I was held illegally detained and arrested. I was falsely arrested and falsely imprisoned by Phyllis Gardner. I was being held unlawfully with <u>no Due Process and no bail no bond no charges.</u> I sought federal relief and mailed a **Writ of Habeas Corpus** on 2-24-2014 to the United States District Court Clerk {See Epson Attachment}. If you look at the envelope it's stamped and dated the 2-26-2014. The actual letter/document is stamped signed and received by Judy Easley on 2-25-2014. It is of grave concerns that the Clerk {who is the keeper of the records} has different dates on items that came at the same time. It is also of grave concern that this Writ of Habeas Corpus was stamped and dated but never filed or docketed in the system as accordance to law and court clerk procedures. I don't even know that Chief Justice McCalla ever knew I was being held illegally.

It is my belief this misfiling and failure to docket was done purposely by Ms. Easley to keep me falsely imprisoned, because of my race and political beliefs. Ms. Judy Easley is employed as a supervisor with the United States District Court Clerks office. She knows the procedure of how to file a Writ of Habeas Corpus. Her failures to do her perform her duties caused me to endure additional injuries from the actual false imprisonment. If, Ms. Easley would have done her job properly, I would have probably been released and not still have to file things to this day to get the very necessary relief.

I have discovered through court records, professional information, and that Judy Easley is friends and acquaintances with various Shelby County employees and officers {who have labeled be incorrectly a sovereign citizen} including the judge who had me falsely imprisoned. My grandfather fought in 2 wars for America and I am a American citizen. Her actions towards me are arbitrary and capricious and I am requesting actions

1

# **FORMAL COMPLAINT**

to be taken immediately.

On 9-25-2014, I entered the United Stated District Court Clerk's office located at 167 N. Main Street, Memphis TN 38103. I then inquired about the process of obtaining a court date for a motion hearing. Before I left the office, I asked the filing clerk could I see the docket sheet. She gave it to me and informed I could not see a judge. Ms. Fault said all I could do was sit there. I told her that would be fine. I then explain to her that my intentions, as a prose litigant were to understand the procedures of the court and the process and that was all I intended to do today.

She politely handed me the docket sheet and told me the only judges were present were Pham and Vescovo. I told her to have a nice day and she said you to and I exited the office with no incident, as I turned around she was speaking with her supervisor, Ms. Judy Easley. I left and then proceeded to the 3rd floor courtrooms.

The bailiff whom I have known for over 3 years was very courteous showed me where to go. I entered the Magistrate Vescovo's courtroom and I took a seat on the 2nd bench and quietly observed. I had no prior knowledge as to any of the parties involved in the case. I simply was observing a federal proceeding. I think I have a constitutional right to observe because this was an open court. There were only 3 other persons {African-American} present in the courtroom. It was obvious they were the family of the man who was having a motion to suppress hearing on drugs, which were obtained during an illegal search warrant. The attorneys were having a suppression hearing and the judge was ruling on an objection raised by the prosecution. The defense attorney was challenging the legitimacy of a search warrant signed by Judge Lee Coffee. Less than 2 minutes after I sat down, the phone at the courtroom clerks rang twice. The

## **FORMAL COMPLAINT**

courtroom clerk answered it and looked directly at me strangely. He hung the phone up and passed a note to the bailiff and Magistrate Vescovo. The bailiff in returned passed a note to the U.S. Marshall who was sitting next to the prisoner. That officer in returned passed a yellow post-it note to another U.S. Marshall by that time another U.S. Marshall had walked in the court and a very large U.S. Marshall who was supposed to be watching the prisoner got up and handed the yellow post-it to the unidentified US Marshall. At this time, I could clearly see MOSES written on post-it, the unidentified U.S. Marshall was holding. I was placed in fear of my life because I have never committed a federal crime and I didn't understand why the U.S. Marshall's were holding something with my name on it.

I got up and went outside to turn my phone off because it was ringing; at this time 4 unidentified U.S. Marshalls surrounded me. I went outside and the bailiffs who knew me. They were very courteous and we had a conversation about smart phones being stupid and ringing when they shouldn't. I took my battery out so I could return inside.

When I re-entered the Magistrate Vescovo was calling a recess and I told the bailiffs that I would be back. He told me, "Have a good day." As I was entering the elevator area, there were approximately SIX (6) US Marshall's just staring and grimacing at me. I immediately got on the elevator and went back to the clerk's office on the 2nd floor.

When I entered, Ms. Easley was now at the front counter {Cynthia Fault was gone} and Ms. Easley was smiling as if me being alarmed was a joke and funny. She immediately answered the phone when I approached the filing counter. When she got off

## **FORMAL COMPLAINT**

I asked her could I please speak to Mr. Gould the United States Court Clerk and she said, "They were all in a meeting." I asked her where was Ms. Fault, because she was the only one I spoke with her upon my initial entry that morning. Ms. Easley was still laughing out loud.

I then informed her that someone had called the courtroom from this office and interrupted the U.S. Magistrate Vescovo's hearing while open court was in session to alert them of my mere presence. I asked her, "Which one of you called who did that?" Her response was, "I Did". I asked her on what grounds an authority did she, as a clerk, have to alert the courtroom of my presence. Her response was "Because I can and wanted too." I felt intimidated by her comment because she placed me in a hostile environment with a simple phone call for no lawful or necessary purpose. I am not sure if it is in her job description to call people and tell them I'm on my way, but it made me feel as if the court had something to hide and this is an obvious lack of transparency.

I was also taken back because she then again burst out in laughter like this was a practical joke calling for U. S. Marshalls knowing I fear law enforcement.

By this time, a U.S. Marshall or Bailiff had entered the office and was standing behind me and began listening to our conversation. He saw her laughing and I asked him if he couldn't see she was laughing because she was denying laughing all why refusing to get her supervisor as if she was in charge of the District Court. He stated no I can't tell and if you listen to the audio it was clear she was laughing and he denying it.

When he lied, I immediately asked him was he here for me he said, "No" I'm just killing time {See Audio} he was wearing a badge with the name Garner I asked him was he any relations to Phyllis Garner. He said, "Not that I know of." This man began

4

# **FORMAL COMPLAINT**

listening to my entire conversation with Ms. Easley as if it concerned him or had been summons to watch me. This entire conversation is recorded and enclosed with this complaint.

Not related to this incident, a few months ago I had went to the United States Court Clerk to file a document on my civil case. When I left I had to go to another court, that was located across the street in 201 Poplar. I was at the back of the courtroom speaking when and Shelby County Sherriff Officer who knew me. Judge Beasley's bailiff came out *screaming* to Jose Leon a prosecutor, "You got Moses' case?" He said, "Yes." The bailiff said, "Well you better get her she is over in Federal Court filing sh**."

The clerk unbeknownst to the bailiff didn't realize I was standing in his presence and heard him. The courtroom clerk then admonished him and let him know I was standing right there. I was then abruptly detained and forced to sit on the front bench with inmates as if I was under arrest or fixing to be taken into custody.

Finally, my lawyer and court clerk made them release me. I felt intimidated and that my privacy was invaded by whomever calling across the street telling them I had just filed a document. It is my belief and I believe internal phone records will show someone {probably Ms. Easley} from the United States District Clerk's office called over to the court and told them I filed something in Federal court. I don't know if this is in their job descriptions to alert persons when I personally file something but it seems outside of the scope of her daily duties and intrusive to my right of privacy.

On that same day, I attempted to report this to Thomas Gould but the call was intercepted. The person I spoke with on the phone that day acted as if they did not have a

# FORMAL COMPLAINT

clue to what I was talking about, but I knew something was improper with their actions. I immediately asked to speak with Mr. Gould the District Court Clerk, but he was not available as usual. The case across the street on had nothing to do with the Federal Court it was a totally unrelated matter.

This is a pattern of behavior that concerns me and abuse of resources and power, which are making my life complicated and the creating a hostile court environment. It is my belief that Ms. Easley is communicating with Magistrates clerks solely to bias and prejudice me. On a separate occasion my case was to be heard before Magistrate Pham and it was moving smoothly. Sporadically my case abruptly got transferred and reassigned to Magistrate Vescovo by Ms. Easley. I asked about case assignments and I was told that cases are assigned randomly but it is my belief they are not.

At the time, when that incident occurred, I immediately attempted to call the United States District Clerk's Office to find out why would someone be communicating with judges of a court outside of their jurisdiction and filing scope of employment in regards to my filings. They have given no explanation or even any response that says they were instructed to meddle in my cases. Most judges have pacer and filings are public records. If anyone wants to know what I had filed I don't understand why he or she needs to receive phone calls from Ms. Judy Easley. With all the cases that these clerks have, I am requesting an investigation on why these filing clerk's supervisor is so enthralled with my cases and feel the need to tell others my every move and paint me in a negative light. These improper actions discussing my personal business are occurring while she is on the clock and being paid by federal tax dollars. These improper actins are misuse of public funds.

6

## FORMAL COMPLAINT

I have repeatedly called and requested to speak with Mr. Gould in regards to his staff's professionalism and the unwillingness of his filing counter staff to accommodate pro se litigants. He has never returned any calls. I am always directed to Wendy Oliver his deputy clerk who is most of the time courteous and accommodating but somewhat judgmental.

Nevertheless, It is my personal belief that Ms. Easley is in communication with persons in Shelby County Government to attempt to sabotage my case and heighten the security level when I appear. One bailiff asked me was "I gonna be good today." I asked him what was he talking about and he smiled and said, "Give em hell". This belief is due to the fact she blatantly *lied* to me and said that I was "demanding" to see a judge {See Faulk audio} and that is why she summoned the U.S. Marshalls.

I have all communications with myself and anyone in the clerk's office and I never demanded nor requested to see a judge. I always carry myself in a professional manner. On this day, I only asked for a docket sheet which is public record and if had I received notice of my hearing, which Ms. Faulk told me I had not.

Also, Ms. Wendy Oliver **never** saw or spoke with me on this day but when I called back to speak with Ms. Fault and I immediately asked her why did she tell her supervisor Ms. Easley, that I was "demanding to see a judge". She said, "no!" {See Fault audio}. Ms. Fault then put me on speakerphone and said that Ms. Easley was right there and I could speak with her if I liked to. I said, "No I had already spoken with her." {See Audio}

Ms. Easley start speaking and tried to insinuate something to the effect that her and Ms. Wendy Oliver were in charge and they had both called the US Marshalls. I

# FORMAL COMPLAINT

asked her to clarify. She then said, "The US Marshall called the US Marshalls." I spoke with Ms. Oliver later that evening she confirmed that was not true. {See Audio}

Nevertheless, I stand firm on the fact that Ms. Easley made statements against me to the courtroom clerk that alarmed the presence of U.S. Marshall's. Consequently, her wanton actions placed in a hostile environment prejudiced my case. These are the same arbitrary actions in which I am presently seeking injunctive relief against the SCSO and don't understand why she is mistreating me. I have not done anything to her or anyone in the Clerk's office to warrant this type of treatment.

I have been slandered and defamed continuously by Shelby County employees and it has now spilled over into the Federal Courthouse where I am seeking relief. It is my personal belief that this is being done to harass and intimidate me not to file things because of my race and political beliefs. The mere fact she had a problem with me observing a proceeding of a case in Federal a courtroom is a lack transparency and grave concern.

It is also my belief, that the summons of the U.S. Marshalls for my presence is a continual part of the lack of transparency in all the Memphis Courts and a tactic to intimidate African-Americans who choose to represent themselves. I am requesting an internal and external investigation from all agencies. I am not sure why a United States District clerk would want to prevent me or anyone from entering and accessing an open court, but it is my belief that this is organized practice to anyone who is not an attorney to keep things that occur in the courts secret. It also a way to continuously disenfranchised African-American pro-se litigants by eliminating all witnesses to the possible improper illegal acts by the clerks and courts magistrates.

# FORMAL COMPLAINT

It is my belief that Ms. Easley has a relationship with someone who is engaged in the collusion activities against me who works for Shelby County Government, and she has now prejudiced my cases before Magistrate Vescovo, because she immediately called a recess when all the U.S. Marshall were scrambling and starring at me. They did follow me out the courtroom and Magistrate Vescovo saw this and she appeared as if she were afraid of me too.

I am asking for immediate actions to be taken and for all communicative calls emails from Ms. Easley in regards to me to be turned over see FOIA request attached. I am requesting that she apologize to me in writing for her actions. It is not right for me to be treated this way. I feel I have been discriminated against and prejudice because when I was leaving the federal court house another GSA officer who has known me for 2 years had attempted to detain me asking me was I the one who just left the court room. I asked him "Why?" he said, "They wanted to talk to me." When I asked him who was "they" he didn't know but he was on the phone when I was walking out the door.

It is my belief, these continual harassing actions from certain Memphis governmental employees and persons are being done for my community service efforts including but not limited to exposing public officials for corruption {police officers who murder 15 year olds and unarmed people}, discriminating against African- Americans, as well as the District Attorney's inaction to address real crime in Memphis, TN. I will not be intimidated by anyone who works for the federal government and I am requesting actions.    Your immediate attention would be greatly appreciated.

Respectfully submitted,

9

## FORMAL COMPLAINT

*[signature: Pamela Moses]*

Pamela J. Moses
P. O. Box 80564
Memphis, TN 38108     NO# 731-394-2126